IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No. 0:98-1186-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CALVIN MCCROREY, JR. | ) | |
| _____ | ) | |

This matter is before the court upon the defendant's motion entitled "Motion for Immediate Consideration to Defendant's Motion to Alter Judgment Pursuant to Rules 59 and 60; Rule 55 - Procedural Default Rule 8(c)(1) Fraud; Rules 9, 12, an Objections - Rule 50."

For the reasons stated in this court's order of January 29, 2013 (ECF No. 652), the defendant's motion to alter or amend is denied.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

May 28, 2013                                        Joseph F. Anderson, Jr.
Columbia, South Carolina                     United States District Judge